IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2020 NOV 12  A 10: 17

CLERK_____
SO. DIST. OF GA.

EARL LEWIS WEST,                    )
                                    )
        Plaintiff,                  )
                                    )
    v.                              )    CV 320-055
                                    )
DEPUITY WARDEN OF SECUIRTY MR.      )
GIBBONS; SERGEANT DANIEL            )
GREENE; JOHN WILLIAMS; and CERT     )
OFFCIER DANZY,                      )
                                    )
        Defendants.                 )

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. As the Magistrate Judge explained, in an Order dated August 28, 2020, (doc. no. 9), the Court instructed Plaintiff to return his Prisoner Trust Fund Account Statement and Consent to Collection of Fees forms within thirty days. Plaintiff was further instructed that his failure to return the forms would be an election to have his case voluntarily dismissed. (Id. at 3-4.) Because Plaintiff did not comply with the Court's August 28th Order directing him to keep the Court informed of any change of address, (id.), the Court's October 20th rulings were returned as undeliverable, (doc. no. 12). Plaintiff still has not submitted the requisite forms provided to him over two months ago.

Plaintiff's case is subject to dismissal not only because he failed to return his IFP forms, but also based on his failure to keep the Court apprised of his current address.

Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this ____ day of November, 2020, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE

2