AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

EARL LEWIS WEST,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV 320-055

DEPUTY WARDEN OF SECUIRTY MR. GIBBONS; SERGEANT DANIEL GREENE; JOFIN WILLIAMS; and CERT OFFCIER DANZY,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order of November 12, 2020, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of the Court. This case is DISMISSED without prejudice, and this civil action stands CLOSED.

11/12/2020  
Date



John E. Triplett, Acting Clerk  
Clerk

*Tara H. Burton*  
(By) Deputy Clerk

GAS Rev 10/2020